IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES C. BEENE IV, derivatively on behalf of PI, Inc., a Tennessee corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES JEFFERSON BEENE, JR., JONES BEENE, TODD HARRIS, and DOES 1-30, inclusive,<br><br>Defendants,<br><br>and<br><br>PI, INC., a Tennessee Corporation,<br><br>Nominal Defendant. | No. C 11-6717 JSW<br><br>**ORDER VACATING HEARING** |

The Renewed Motion to Dismiss for Lack of Personal Jurisdiction, for Improper Venue, or, in the Alternative, Motion to Change Venue, filed by Defendants, James Jefferson Beene, Jr. ("Jeffry Beene"), Jones Beene ("Jones Beene"), Todd Harris ("Harris") (collectively, the "Individual Defendants", unless otherwise noted), and PI, Inc. ("PI" or "Nominal Defendant") is scheduled for a hearing on August 10, 2012.

The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b).

The Court VACATES the hearing scheduled for August 10, 2012, and it shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: August 8, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE